UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ABDUL MALIK ABDUL KAREEM, AKA Decarus Thomas, <br><br> Defendant-Appellant. | No. 20-10155 <br> 21-10315 <br> 24-3202 <br><br> D.C. Nos. <br> 2:15-cr-00707-SRB-1 <br> 2:15-cr-00707-SRB <br> District of Arizona, <br> Phoenix <br><br> ORDER |

Before: COLLINS, MENDOZA, and DESAI, Circuit Judges.

The Government is directed to provide this court with electronic copies of all documentary or electronic exhibits (*i.e.*, documents, photos, videos, and audio files only, *not* physical items) that were admitted in evidence at trial in the district court, as reflected in the exhibit lists filed in the district court (15-cr-707 D.Ct. Dkt. Nos. 292, 293), *except* that the following exhibits need not be included: exhibits that are books (*i.e.*, Exs. 67, 138, 204, 254, and 279); video and audio files that have already been supplied to the court in electronic form (*i.e.*, Exs. 265, 266, 271–77, and 471); the CD and DVD exhibits (*i.e.*, Exs. 94–103, 113, 116, 200, 205, 206, 207, 390); and exhibits that are already contained in the parties' respective excerpts of record. *See* 9th Cir. R. 27-14 circuit advisory committee's note ("To the extent that the Court finds additional exhibits relevant, the Court may direct the

parties to provide the exhibits.").  The exhibits shall be provided in electronic form on one or more thumb drives, and not through the CM/ECF or ACMS systems. Each exhibit shall be a separate file, with each file labeled to include the exhibit number.  Four copies of the thumb drive(s) shall be submitted to the Clerk within 14 days.